IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHARLIE JONES, | ) | CHAPTER 13 |
| WANDA JONES, | ) | CASE NO. 16-31803 |
| | ) | |
| DEBTORS. | ) | |

## MOTION TO CONTINUE

COMES NOW Rice Acceptance Company, by and through its attorney of record, and hereby requests that the confirmation of this case be continued one (1) week. In support of said motion, Rice Acceptance Company ("Rice") would show this court as follows:

1. Rice filed an objection to confirmation which is set for hearing on Monday, September 26, 2016.

2. Counsel for Rice has a jury trial starting Monday morning, September 26, 2016 in Tallapoosa County and therefore will be unable to attend the confirmation hearing in this Chapter 13 case.

WHEREFORE, Rice Acceptance Company respectfully requests that the confirmation hearing be continued one (1) week or until the court's next available docket.

Respectfully submitted,

PARNELL & CRUM, P.A.

/s/ Charles N. Parnell, III
By: CHARLES N. PARNELL, III
Attorney for Rice Acceptance Company

OF COUNSEL:
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing motion to the following parties, this the __23rd__ day of September, 2016.

| | |
|---|---|
| Hon. Curtis C. Reding<br>Trustee<br>Post Office Box 173<br>Montgomery, Alabama 36101 | Hon. Richard Shinbaum<br>Attorney for Debtor<br>Post Office Box 201<br>Montgomery, Alabama 36101-0201 |
| Hon. Teresa Jacobs<br>Bankruptcy Court Adm.<br>One Church Street<br>Montgomery, Alabama 36104 | Charlie & Wanda Jones<br>Debtors<br>2049 Mallard Lane<br>Montgomery, Alabama 36106 |

          /s/ Charles N. Parnell, III
         CHARLES N. PARNELL, III