# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                            CHAPTER 13
                                                         CASE NO. 16-31803-DHW

**Charlie Jones, and**
**Wanda Jones,**

       Debtor(s).

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE.** Responses must be filed electronically with the Clerk or by U.S. Mail addressed to: Clerk of the Bankruptcy Court, One Church Street, Montgomery, AL 36104.

## TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS

COMES NOW, the Trustee, by and through the undersigned counsel, and objects to the debtor(s) claim of exemptions. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 8, 2016.

2. The debtor(s) §341 Meeting of Creditors was held September 26, 2016.

3. This objection is timely filed pursuant to Federal Bankruptcy Rule 4003(b).

4. The debtor(s) have claimed a $21,000.00 exemption for real property pursuant to §6-10-2, <u>Code of Alabama</u>. However, Mr. Jones does not have an ownership interest in said property as he is not listed on the deed to said real property.

WHEREFORE, the above premises considered, the Trustee respectfully requests the Court deny the debtor(s) claim of exemptions as filed.

Respectfully submitted this 23rd day of September, 2016.

                                                                     Sabrina L. McKinney

Acting Chapter 13 Trustee

                        By:    /s/   Tina J. Hayes
                               Tina J. Hayes
                               Staff Attorney
                               ASB-9847-C32H

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-264-6127


**CERTIFICATE OF SERVICE**

     I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO EXEMPTIONS has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 23rd day of September, 2016.

                                        /s/   Tina J. Hayes
                                        Tina J. Hayes

Charlies Jones
Wanda Jones
2049 Mallard Lane
Montgomery, AL  36106

Richard D. Shinbaum *(via CM/ECF)*