The relief described hereinbelow is SO ORDERED

Done this 18th day of November, 2016.

*Dwight A. Williams, Jr.*
**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | Charlie Jones | CHAPTER 13 |
| | Wanda Jones | CASE NO. 16-31803 |
| | Debtor(s). | |

<u>CONSENT ORDER</u>

Republic Finance (Creditor) filed an Objection to Confirmation (doc 24) in the above case. The Debtors filed a Motion to Avoid the Lien of Republic Finance (doc 36). The matter was set for an Evidentiary Hearing on November 14, 2016. Based on the agreement of the parties, the Court hereby orders the following:

1. The Debtor will retain the Dell desktop computer, the video camera, and the 42" Sony TV, and the lien to as to all three of those items will be avoided by agreement.

2. The Debtor will surrender all other items which were pledged as security for the loan to Republic Finance, which loan was obtained on May 20, 2016, which consists of a Yardman riding lawn tractor, weed eater, Stihl gas blower, skill saw, drill set, 32" Sony TV, and the AM/FM stereo/cassette/CD with two large speakers. Further, the automatic stay is hereby lifted by agreement of the parties, with respect to these items of collateral, so that the Creditor can exercise its rights in the collateral.

3. The Creditior's Objection to Confirmation is hereby withdrawn, and the claim of the Creditor will be paid as unsecured, based on a deficiency balance, after the sale of the collateral.

DONE AND ORDERED

Submitted by:

/s/ Richard C. Dean, Jr.
Richard C. Dean, Jr.
Attorney for Republic Finance, LLC.
P.O. Box 1028
Montgomery, AL 36101-1028
(334) 264-2695
rdean@mindspring.com

Approved by:

/s/ Richard D. Shinbaum
Richard D. Shinbaum, Esq.
Attorney for Debtor
P.O. Box 201
Montgomery, AL 36101-0201
(334)269-4440