# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re  
Charlie Jones and Wanda Jones,

    Debtors.

Case No. 16–31803  
Chapter 13

## ORDER

This case is before the court on the following matter:

*36* – Rule 9007 Motion/Notice/Objection: Motion to Avoid Lien Republic Finance filed by Richard D. Shinbaum on behalf of Charlie Jones, Wanda Jones. Responses due by 12/8/2016. (Shinbaum, Richard)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated December 9, 2016

*/s/ Dwight A. Williams, Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                          Case No. 16-31803-DHW
Charlie Jones                                                   Chapter 13
Wanda Jones
         Debtors                 CERTIFICATE OF NOTICE
District/off: 1127-2      User: admin               Page 1 of 2       Date Rcvd: Dec 09, 2016
                          Form ID: ADI9007          Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2016.
db/jdb       +Charlie Jones,    Wanda Jones,    2049 Mallard Lane,    Montgomery, AL 36106-3435
cr           +Americredit Financial Services Inc. dba GM Financi,    P O Box 183853,
               Arlington, TX 76096-3853
cr            Rice Acceptance Company,    c/o Parnell & Crum, P.A.,    P.O. Box 2189,
               Montgomery, AL 36102-2189
3580448      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
3578736      +AmeriCredit Financial Services, Inc., dba GM Finan,    P O Box 183853,
               Arlington, TX 76096-3853
3570131     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: CAPITAL ONE,    PO BOX 5155,    ATTN; BANKRUPTCY CORRESPONDENCE,
               Norcross, GA 30091)
3570133      +CHECK N GO,    2851 East South Blvd STE C,    Montgomery, AL 36116-2513
3570134      +COVINGTON CREDIT,     543 N. EASTERN BLVD,    Montgomery, AL 36117-2213
3599233       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
3635907       Check ’n Go,    C/O Real Time Resolutions, Inc.,    PO Box 566027,    Dallas, TX 75356-6027
3570128       EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3570130       EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3570136       FIRST PREMIERE,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4824
3570137      +GM Financial,    801 Cherry Street,    Ste 3500,    Fort Worth, TX 76102-6854
3570142      +RICE BANKING,    2803 EAST SOUTH BLVD,    Montgomery, AL 36116-2513
3600756      +Republic Finance, LLC.,    c/o Richard C. Dean, Jr.,    P.O. Box 1028,
               Montgomery, AL 36101-1028
3591822      +Rice Acceptance Company Inc.,    2413 North Broad Street,    Selma, AL 36701-4010
3570143       SERVICE LOAN OF PRATTVILLE,    557 MCQUEEN SMITH ROAD,    Prattville, AL 36066
3570129       TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
3570145       Verve Mastercard,    PO Box 30285,    Salt Lake City, UT 84130-0285
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3607674      +E-mail/Text: michael@car-llc.com Dec 09 2016 20:52:20      CAPITAL ASSET RECOVERY,
               P.O. BOX 192585,    Dallas, TX 75219-8523
3570132      +E-mail/PDF: svc_bankruptcyebn@charter.com Dec 09 2016 20:52:07      CHARTER COMMUNICATIONS,
               5990 MONTICELLO DR,    Montgomery, AL 36117-6210
3572715      +E-mail/PDF: svc_bankruptcyebn@charter.com Dec 09 2016 20:51:55      Charter Communications,
               Attention: Cash Management,    4670 E. Fulton, Suite 102,    Ada, MI 49301-8409
3570135       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 09 2016 20:53:04      FINGERHUT,    16 MCCELAND ROAD,
               Saint Cloud, MN 56303
3655485      +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 09 2016 20:53:04      Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
3626956       E-mail/Text: bnc-quantum@quantum3group.com Dec 09 2016 20:52:44
               Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
               Kirkland, WA  98083-0788
3570140       E-mail/Text: newbk@Regions.com Dec 09 2016 20:53:02      REGIONS BANK,    ATTN: RECOVERY DEPT,
               PO BOX 1448,    Montgomery, AL 36102-1448
3570141      +E-mail/Text: bankruptcy@republicfinance.com Dec 09 2016 20:53:21      REPUBLIC FINANCE,
               2252 EASTERN BLVD STE 3,    Montgomery, AL 36117-1555
3570144      +E-mail/Text: rgriffith@servsol.com Dec 09 2016 20:53:17      SERVISOLUTIONS,
               7460 HALCYON POINTE DR S,    Montgomery, AL 36117-8104
3570139       E-mail/Text: bankruptcy@tritonmgt.com Dec 09 2016 20:53:14      Quick Pawn Shop,
               2591 Madison Ave,    Montgomery, AL 36107
3660209       E-mail/Text: bankruptcy@tritonmgt.com Dec 09 2016 20:53:15      Quik Pawn Shop,    1150 Ann St,
               Montgomery, AL 36107
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Republic Finance, LLC,    c/o Richard C. Dean, Jr.,    P.O. Box 1028,
               Montgomery, AL  36101-1028
3580458*     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
3570138     ##+MOTOR MAX,    570 Northeastern. Blvd,    Montgomery, AL 36117-2239
                                                                                TOTALS: 0, * 2, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Charles N. Parnell, III    on behalf of Creditor    Rice Acceptance Company bkrp@parnellcrum.com
              Richard C. Dean, Jr.    on behalf of Creditor    Republic Finance, LLC rdean@mindspring.com,
               babbott@deanlawfirm.org;kestes@deanlawfirm.org
              Richard D. Shinbaum    on behalf of Debtor Charlie    Jones rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Richard D. Shinbaum    on behalf of Joint Debtor Wanda    Jones rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                             TOTAL: 6