UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 16-31803-DHW
                                                         Chapter 13
CHARLIE JONES,
WANDA JONES,

    Debtors.

## ORDER GRANTING MOTION TO EXCUSE PLAN PAYMENTS

The debtors filed a motion to suspend payments to the trustee for a period of three months. The motion came on for hearing on October 16, 2017. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED and plan payments are suspended for a period of three months.

Done this 16th day of October, 2017.

*Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtors
    Richard D. Shinbaum, Attorney for Debtors
    Sabrina L. McKinney, Trustee